UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts nonprofit corporation<br><br>Plaintiff,<br><br>v.<br><br>BEAT THE HOUSE, LLC, a California limited liability company<br><br>Defendants. | CIVIL ACTION NO. 04 CV 11861 JLT |

## WAIVER OF SERVICE OF SUMMONS

To:   Jeffrey L. Clark
      Wood, Phillips, Katz, Clark & Mortimer
      500 Madison Street, Suite 3800
      Chicago, IL 60661-2511

    I acknowledge receipt of your request that I waive service of a summons in this action in the U.S. District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Fed. R. Civ. P. 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against Defendant if an answer or motion under Rule 12 is not served within sixty (60) days after December 7, 2004. I also understand that to avail myself of the benefit of Fed. R.

BOS1443392.2

Civ. P. 4(d) I must complete and return this form to plaintiffs' counsel no later than thirty (30) days after December 7, 2004.

Dated: 13TH day of December, 2004

*[signature: Jeffrey L. Clark]*
Signature

Printed/typed name:

Jeffrey L. Clark