UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, a Massachusetts nonprofit
corporation,

          Plaintiff,

v.

BEAT THE HOUSE, LLC, a California limited
liability company

          Defendant.

CIVIL ACTION NO. 04 CV 11861 JLT

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT BEAT THE HOUSE, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff, Massachusetts Institute of Technology ("MIT"), by its undersigned counsel, hereby moves this Court to extend the time within which Defendant Beat the House, LLC ("BTH") may answer, move, or otherwise respond to the Complaint in the above-referenced action, for an additional fourteen (14) days, up to and including March 7, 2005. As grounds for this Motion, MIT states that:

1.     MIT and BTH (collectively, "the Parties") have been in settlement negotiations since the filing of the Complaint.

2.     On January 28, 2005, MIT filed an Assented-To Motion to Extend Time for BTH to Respond to the Complaint. The Court granted MIT's motion, extending the response date to February 21, 2005.

BOS1466643.1

3. At that time, the Parties believed that only an additional fourteen (14) days was needed to finalize settlement negotiations and obtain the necessary signatures on the Settlement Agreement. However, the Settlement Agreement is still being circulated between the Parties for signature.

4. The Parties believe that an additional fourteen (14) days will provide sufficient time in which to obtain the necessary signatures on the Settlement Agreement.

5. Defendant BTH assents to this Motion.

**WHEREFORE**, Plaintiff, Massachusetts Institute of Technology respectfully requests that this Court extend the time within which Defendant, Beat the House, LLC may answer, move, or otherwise respond to the Complaint up to and including March 7, 2005; and grant such alternative relief as it deems just and appropriate.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

By its attorneys,

*/s/ Amy R. George*

Jason C. Kravitz (BBO# 565904)
Amy R. George (BBO# 629548)
Kristin D. Kuperstein (BBO# 641710)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: February 17, 2005

BOS1466643.1                           2