UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, a Massachusetts nonprofit
corporation,

                      Plaintiff,

v.

BEAT THE HOUSE, LLC, a California limited
liability company

                      Defendant.

CIVIL ACTION NO. 04 CV 11861 JLT

## CERTIFICATE OF SERVICE

I, Amy R. George, Esq., hereby certify that, on February 17, 2005, I caused to be served a true and correct copy of the Assented-To Motion To Extend Time For Defendant Beat The House, LLC To Answer Or Otherwise Respond To Complaint, by first class mail, on Jeffrey L. Clark, Wood, Phillips, Katz, Clark & Mortimer, 500 West Madison Street, Suite 3800, Chicago, IL 60661-2511.

_____
Amy R. George, Esq.

BOS1457584.1