UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, a Massachusetts nonprofit
corporation,

                        Plaintiff,

v.

BEAT THE HOUSE, LLC, a California limited
liability company

                        Defendant.

CIVIL ACTION NO. 04 CV 11861 JLT

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Massachusetts Institute of Technology, by and through its undersigned attorneys, hereby stipulates to dismiss this action without prejudice, and without costs assessed against any party.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY

By its attorneys,

*/s/ Amy R. George*

Jason C. Kravitz (BBO# 565904)
Amy R. George (BBO# 629548)
Kristin D. Kuperstein (BBO# 641710)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: February 28, 2005

BOS1465330.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts nonprofit corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>BEAT THE HOUSE, LLC, a California limited liability company<br><br>        Defendant. | CIVIL ACTION NO. 04 CV 11861 JLT |

### CERTIFICATE OF SERVICE

I, Amy R. George, Esq., hereby certify that, on February 28, 2005, I caused to be served a true and correct copy of the Stipulation of Dismissal, by first class mail, on Jeffrey L. Clark, Wood, Phillips, Katz, Clark & Mortimer, 500 West Madison Street, Suite 3800, Chicago, IL 60661-2511.

_/s/ Amy R. George_
Amy R. George, Esq.

BOS1457584.2